**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number *(if known)* _____    Chapter    __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **208-214 E. 25th St. LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 13-4167220 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **208 E 25th St** <br> **New York, NY 10010-3108** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **208-214 E. 25th St. LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | 208-214 E. 25th St. LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency   _____

      Contact name   _____

      Phone   _____

---

### ▉ Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    __208-214 E. 25th St. LLC__                                    Case number (*if known*) _____
          Name

- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million

- [x] $10,000,001 - $50  million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million

- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

| Debtor | 208-214 E. 25th St. LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

█████  **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 30, 2022
MM / DD / YYYY

X _____    David Goldwasser
Signature of authorized representative of debtor    Printed name

Title    **Chief Restructuring Office**

**18. Signature of attorney**

X _____    Date    November 30, 2022
Signature of attorney for debtor    MM / DD / YYYY

Kevin J. Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

1501 Broadway 22nd Floor
New York, NY 10036
Number, Street, City, State & ZIP Code

Contact phone    (212) 221-5700    Email address    knash@gwfglaw.com

Kevin J. Nash
Bar number and State

| Debtor | 208-214 E. 25th St. LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 30, 2022**
                MM / DD / YYYY

X _____          _____
  Signature of authorized representative of debtor          Printed name

Title _____

**18. Signature of attorney**

X **/s/ Kevin J. Nash** _____          Date **November 30, 2022**
  Signature of attorney for debtor                              MM / DD / YYYY

  **Kevin J. Nash**
  Printed name

  **Goldberg Weprin Finkel Goldstein LLP**
  Firm name

  **1501 Broadway 22nd Floor**
  **New York, NY 10036**
  Number, Street, City, State & ZIP Code

  Contact phone  **(212) 221-5700**          Email address  **knash@gwfglaw.com**

  **Kevin J. Nash**
  Bar number and State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                                        Chapter 11

208-214 E. 25th St. LLC,                                      Case No.

                                     Debtor.

--------------------------------------------------------------x

### DEBTOR'S DECLARATION
### PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

David Goldwasser declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.      My firm (FIA Capital Partners LLC) and I have been engaged by 208-214 E. 25th St. LLC (the "Debtor" or the "Company") to act as the Company's Chief Restructuring Officer for purposes of filing and pursuing a Chapter 11 reorganization in this bankruptcy case.

2.      I specialize in business restructuring, bankruptcy, and litigation planning, including Chapter 11 reorganization, bankruptcy claims, tax liens, and rescue capital for distressed commercial real estate.  I have over 20 years of litigation and crisis management experience and have appeared on behalf of debtors in over forty bankruptcy cases in the Southern and Eastern Districts of New York.

3.      I respectfully submit this Declaration in accordance with Local Bankruptcy Rule 1007-2 in support of the Debtor's filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

#### (A)      Events Necessitating the Chapter 11 Filing

4.      The Debtor is a New York limited liability company, owning four contiguous residential apartment buildings located at 208-214 East 25th Street, New York, NY (collectively the "Buildings").  The Buildings contain an aggregate of 85 apartments of which

approximately 11 are rent controlled or rent stabilized, with another 2 vacancies and 1 employee occupied unit. The balance of the units (approximately 71) are free-market. The Buildings generate total monthly rents of approximately $269,700 per month, with a current fair market value of $30 million or more depending on what capitalization rates are used.

5.     The Buildings are subject to a first mortgage which was refinanced in 2015 by BankUnited in the principal sum of $25 million since reduced to a principal balance of $22,751,005.71 (the "Mortgage"). The Mortgage performed reasonably well for several years prior to the onset of the Covid-19 pandemic. The mortgage is currently held by 25th Street Multifamily LLC (the "Note Buyer") following an assignment thereof by BankUnited dated on or about August 11, 2021.

6.     Pre-Covid, BankUnited routinely swept monthly debt service each month from the Debtor's rent collection account. The Buildings generated sufficient monthly rents to pay all necessary debt service, real estate taxes and insurance. However, with the onset of Covid 19, many rents were not paid by tenants, and the Buildings encountered shortfalls. These shortfalls were addressed by the Debtor's owner and management, which subsidized payments in order to enable the Debtor to continue to pay its regular debt service to BankUnited of approximately $110,000 per month. In fact, despite insufficient rent collections, the Debtor continued to stay completely current with its mortgage through July 2021.

7.     Like virtually all residential buildings in New York, Covid-19 impacted the Debtor's collection of rents. However, the Debtor was committed to staying current with BankUnited and managed to pay regular debt service through July 10, 2021 when apparently, a deficiency of some $16,360.90 arose after BankUnited deducted $97,402.38 from its account. Notice of the shortfall, however, was not provided to the Debtor. Another modest shortfall arose

2

in August, 2021 and before the Debtor fully knew about the situation, BankUnited accelerated

the debt on August 11, 2021. That same day, August 11, 2021, BankUnited assigned its note and

mortgage to the Note Buyer, which immediately commenced a foreclosure action on August 13,

2021 and started charging 24% default interest.

8.      Following the dubious acceleration, the Note Buyer not only refused to

accept the Debtor's cure of the shortfalls, but also refused to accept any further monthly

mortgage payments from the Debtor at all.  While the Debtor continued to tender its regular

monthly payments from September 2021 through the present, these payments were rejected by

the Note Buyer as part of a thinly-veiled strategy to increase the running of default interest.  In

the meanwhile, the Debtor has deposited into escrow the sum of $1,514,133.04, representing the

Debtor's estimate of accrued debt service at the non-default interest rate.

9.      In many respects, the Debtor is a victim of predatory lending practices.  In

fact, the Note Buyer is affiliated with Maverick Real Estate Partners, which has a questionable

reputation of buying distressed debt to position itself to charge default interest at 24% per

annum.

10.      It is certainly noteworthy that the mortgage debt here was accelerated by

the original lender (BankUnited) on August 11, 2021, which is the very same day that the

Mortgage was assigned to the Note Buyer.  Given the timing of events, it is readily apparent that

the Mortgage was acquired by the Note Buyer to prey upon the opportunity to charge runaway

default interest against the Debtor.

11.      In the meanwhile, a Receiver was appointed in the foreclosure action last

May.  After the appointment, the Debtor sought to refinance the debt and obtained a commitment

from a bona fide third-party lender only to be stymied from closing by an exceedingly high pay-

off which included approximately $4,000,000 in default interest alone, plus exorbitant exit fees and reimbursement for the assignment of mortgage.

12.     I have dealt with a number of properties plagued by the scourge of default interest.  This case is well-suited for a Chapter 11 restructuring since the State Court already found viable issues of fact as to whether the Note Buyer's acceleration of the mortgage debt in August 2021 following two relatively modest payment shortfalls was unconscionable.  Litigation is currently pending in the State Court on these issues, but in the meanwhile the Debtor is desirous of utilizing the Chapter 11 process to proceed with either a prompt cure and reinstatement of the mortgage debt, or a refinancing, each predicated upon a fair and just resolution of the disputed default interest charges.

### (B)     Local Rule 1007-2 Disclosures

13.     Pursuant to Local Rule 1007-2(a)(3), no committee of creditors was formed prior to the filing of the Petition.

14.     Pursuant to Local Rule 1007-2(a)(4), a list of the Debtor's twenty largest creditors is included as part of the Debtor's bankruptcy schedules.

15.     Pursuant to Local Rule 1007-2(a)(5), the Property is subject to an outstanding mortgage held by the Note Buyer in the current principal amount of $22,751,005.71, plus disputed interest and fees.

16.     Pursuant to Local Rule 1007-2(a)(6), the Debtor's assets and liabilities are set forth in the bankruptcy schedules filed herewith and are comprised primarily of the Buildings with a scheduled value of at least $30 million depending on the capitalization rate.

17.     Pursuant to Local Rule 1007-2(a)(7), the membership interests of the Debtor are held by the 208-214 E. 25th Trust.

18.     Pursuant to Local Rule 1007-2(a)(8), Hayley Greenberg was appointed Receiver of the Property in May, 2022.

19.     Pursuant to Local Rule 1007-2(a)(10), the Debtor's books and records are located at the Company's business offices in Manhattan.

20.     Pursuant to Local Rule 1007-2(a)(11), the Debtor is subject to the pending foreclosure proceedings instituted by the Note Buyer as described above.

21.     Pursuant to Local Rule 1007-2(a)(12), I am the current Chief Restructuring Officer and will seek formal Bankruptcy Court approval of my retention.

Dated: New York, NY
        November 30, 2022

_____
David Goldwasser, Manager

**208-214 E. 25TH ST. LLC**

**COMPANY RESOLUTION IN SUPPORT OF CHAPTER 11 FILING**

WHEREAS, the business and legal affairs of 208-214 E. 25th St. LLC (the "Company") are governed by a certain Operating Agreement as amended (the "Operating Agreement"); and

WHEREAS, in accordance with the Operating Agreement, a special meeting of the Company having been called and convened on November 29, 2022, and upon motion duly made and carried, the following resolutions were adopted:

> **RESOLVED,** the Company is authorized to file a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York; and it is further

> **RESOLVED,** that FIA Capital Partners LLC by David Goldwasser is designated as the Restructuring Officer of the Company for purposes of filing and prosecuting the Chapter 11 filing on behalf of the Company and Annabelle Santiago is designated as Manager;

> **RESOLVED,** David Goldwasser is authorized to act on behalf of the Company to (a) execute the Chapter 11 petition and all other related papers, and other documents, and cause the same to be filed with the Bankruptcy Court; (b) cause the Company to file all schedules, statements, lists, motions, applications and other papers necessary or desirable to prosecute the Chapter 11 case and achieve confirmation of a plan of reorganization; and (c) pursue a restructuring of the Company's debts and obligations; and it is further

> **RESOLVED,** that the Company is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer.

Dated:   New York, New York
         November 30, 2022

                              208-214 E. 25th St. LLC
                              By:    FIA Capital Partners LLC

                              By:    _____
                                     David Goldwasser
                                     Chief Restructuring Officer

Authorized and Approved:
208-214 E. 25th Trust – 100% Member

By: _____
        Trustee

**208-214 E. 25TH ST. LLC**

**COMPANY RESOLUTION IN SUPPORT OF CHAPTER 11 FILING**

WHEREAS, the business and legal affairs of 208-214 E. 25th St. LLC (the "Company") are governed by a certain Operating Agreement as amended (the "Operating Agreement"); and

WHEREAS, in accordance with the Operating Agreement, a special meeting of the Company having been called and convened on November 29, 2022, and upon motion duly made and carried, the following resolutions were adopted:

RESOLVED, the Company is authorized to file a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York; and it is further

RESOLVED, that FIA Capital Partners LLC by David Goldwasser is designated as the Restructuring Officer of the Company for purposes of filing and prosecuting the Chapter 11 filing on behalf of the Company and Annabelle Santiago is designated as Manager;

RESOLVED, David Goldwasser is authorized to act on behalf of the Company to (a) execute the Chapter 11 petition and all other related papers, and other documents, and cause the same to be filed with the Bankruptcy Court; (b) cause the Company to file all schedules, statements, lists, motions, applications and other papers necessary or desirable to prosecute the Chapter 11 case and achieve confirmation of a plan of reorganization; and (c) pursue a restructuring of the Company's debts and obligations; and it is further

RESOLVED, that the Company is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer.

Dated:   New York, New York
November 30, 2022

208-214 E. 25th St. LLC
By:   FIA Capital Partners LLC

By:   _____
David Goldwasser
Chief Restructuring Officer

Authorized and Approved:
208-214 E. 25th Trust – 100% Member

By: _____
David L. Smith, Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re:                                                  Chapter 11

208-214 E. 25th St. LLC,                                Case No.

                                Debtor.

------------------------------------------------------------------x


## LIST OF EQUITY HOLDERS


208-214 E. 25th Trust                          100% Member


Dated: New York, New York
        November 30, 2022

                                208-214 E. 25th St. LLC

                        By:     _____
                                David Goldwasser
                                Chief Restructuring Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                    Chapter 11

208-214 E. 25th St. LLC,                                  Case No.

                              Debtor.
-------------------------------------------------------------x

## LIST OF LAWSUITS

    25th Street Multifamily LLC v. 208-214 E. 25th St. LLC, et al
    Supreme Court, New York County
    Index No. 850189/2021
    Relief Sought: Foreclosure Action

    Attorney/Firm(s) For Plaintiff –
    Katsky Korins LLP
    605 Third Avenue
    New York, NY 10156

Dated: New York, New York
      November 30, 2022

                        208-214 E. 25th St. LLC

                    By:   _____
                        David Goldwasser
                        Chief Restructuring Officer

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                                    Chapter 11

208-214 E. 25th St. LLC,                                      Case No.

                                        Debtor.

------------------------------------------------------------------x

## BANKRUPTCY RULE 7007.1 AND S.D.N.Y. LBR 1007-3
## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rule 7007.1 and S.D.N.Y. LBR 1007-3, 208-214 E. 25th

St. LLC certifies that it is a private non-governmental party, and has no corporate parent, affiliates

and/or subsidiaries which are publicly held.


Dated: New York, New York
       November 30, 2022


                                        208-214 E. 25th St. LLC



                                By:     _____
                                        David Goldwasser
                                        Chief Restructuring Officer

**Fill in this information to identify the case:**

Debtor name    __208-214 E. 25th St. LLC__

United States Bankruptcy Court for the:    __SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION__

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒   *Schedule H: Codebtors* (Official Form 206H)

☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __November 30, 2022__    *X* _____
                                         Signature of individual signing on behalf of debtor

                                         __David Goldwasser__
                                         Printed name

                                         __Chief Restructuring Office__
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | 208-214 E. 25th St. LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hayley Greenberg, Esq. Greenberg & Merola, LLP, 2280 Grand Ave Ste 202 Baldwin, NY 11510-3110 | | | Unliquidated | | | $0.00 |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | Taxes | Unliquidated Disputed | | | $0.00 |
| Northwind Group 489 5th Ave Fl 28 New York, NY 10017-6117 | | | Unliquidated Disputed | | | $0.00 |
| NYC Dep't of Finance Legal Affairs 345 Adams St Fl 3 Brooklyn, NY 11201-3719 | | Real estate taxes | Unliquidated | | | $1,569,372.00 |
| NYS Dep't of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205-0300 | | Taxes | Unliquidated Disputed | | | $0.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name    **208-214 E. 25th St. LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank United** | **Checking Account** | | **$0.00** |
| 3.2. | **Receiver's Account** | **Operating Funds** | | **unknown** |
| 3.3. | **Attorney Escrow Account for Lender Interest** | **Escrow** | | **$1,514,133.04** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**          $1,514,133.04
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**          **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security deposits being maintained by Receiver** | **$170,000.00** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor   __208-214 E. 25th St. LLC_____   Case number *(If known)* _____
      Name

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.    **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---:|
| | **$170,000.00** |

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

    11a. 90 days old or less:      **0.00**      –      **0.00**    = ....      **unknown**
                  face amount                       doubtful or uncollectible accounts

12.    **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---:|
| | **$0.00** |

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

---

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 2

Debtor    __208-214 E. 25th St. LLC_____    Case number *(If known)* _____
Name

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **208 W 25th St # 214, New York, NY 10001-7304 Four contiguous apartment buildings with 85 total units** | Fee Simple | $30,000,000.00 | Depending on CAP | $30,000,000.00 |

56.    **Total of Part 9.**                                                                                    | $30,000,000.00 |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    __208-214 E. 25th St. LLC_____    Case number *(If known)* _____
        Name

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,514,133.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $170,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................................> | | $30,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,684,133.04 | + 91b. $30,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $31,684,133.04 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Fill in this information to identify the case: |
|---|

Debtor name    __208-214 E. 25th St. LLC__

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1    25th Street Multifamily LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>208 W 25th St # 214, New York, NY 10001-7304<br>Four contiguous apartment buildings with 85 total units | $22,751,005.00 | $30,000,000.00 |
| **100 Park Ave<br>New York, NY 10017-5516**<br>Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Date debt was incurred | | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. 25th Street Multifamily LLC<br>2. NYC Dep't of Finance | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $22,751,005.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Katsky Korins LLP<br>605 3rd Ave<br>New York, NY 10158-0180 | Line  2.1 | |

Fill in this information to identify the case:

Debtor name _____ **208-214 E. 25th St. LLC** _____

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| **Internal Revenue Service** | *Check all that apply.* | | |
| **Centralized Insolvency Operations** | ☐ Contingent | | |
| **PO Box 7346** | ☑ Unliquidated | | |
| **Philadelphia, PA 19101-7346** | ☑ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| | **For Notice Purposes** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No | | |
| | ☐ Yes | | |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,569,372.00 | $0.00 |
|---|---|---|---|
| **NYC Dep't of Finance** | *Check all that apply.* | | |
| **Legal Affairs** | ☐ Contingent | | |
| **345 Adams St Fl 3** | ☑ Unliquidated | | |
| **Brooklyn, NY 11201-3719** | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| | **Real Estate Taxes** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No | | |
| | ☐ Yes | | |

Debtor    __208-214 E. 25th St. LLC__                          Case number (if known)  _____
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

                                                                                          Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

Hayley Greenberg, Esq.
Greenberg & Merola, LLP,
2280 Grand Ave Ste 202
Baldwin, NY 11510-3110

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Receiver__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Northwind Group

489 5th Ave Fl 28
New York, NY 10017-6117

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees
of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | NYC Department of Law<br>Attn: Bernadette Brennan, Esq.<br>100 Church St Rm 5-233<br>New York, NY 10007-2601 | Line  2.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | NYS Attorney General<br>28 Liberty St<br>New York, NY 10005-1400 | Line  2.3<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 1,569,372.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 0.00 |

Debtor    __208-214 E. 25th St. LLC_____     Case number (if known) _____
            Name

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.

5c.    $ _____ 1,569,372.00

Fill in this information to identify the case:

Debtor name   __208-214 E. 25th St. LLC__

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official
Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.   State what the contract or lease is for and the nature of the debtor's interest

**Apartment leases as per the attached rent roll and schedule**

State the term remaining

List the contract number of any government contract   _____     .
_____     _____

Property: 208
New York, NY 10010

## Rent Roll with Lease Charges

208-214 E. 25th Street LLC

As Of August 01,2022

| Unit | Type | Unit Sq Ft | Name | Lease Type | Move In Date | Lease From | Lease To | Market Rent | Charge Code | Amount | Total Monthly Charges | Resident Deposit | Legal Status |
|------|------|-----------|------|-----------|-------------|-----------|---------|------------|------------|--------|----------------------|-----------------|-------------|
| 001 | 2081x1 | 0.00 | Keya Sanghavi | Fair Market | 04/15/2022 | 04/15/2022 | 05/31/2023 | 4,150.00 | rent | 4,150.00 | 4,150.00 | 4,150.00 | |
| 002 | 2084x2 | 0.00 | Scott Bova | Fair Market | 09/01/2020 | 09/01/2021 | 08/31/2022 | 0.00 | rent | 5,495.00 | 5,495.00 | 5,800.00 | |
| 004 | 2081x1 | 0.00 | Dzinh Nguyen | Rent Stabilized | 07/01/2013 | 07/01/2021 | 06/30/2023 | 0.00 | rentreg | 1,303.55 | 1,303.55 | 1,271.58 | |
| 021 | 2081x1 | 0.00 | Olufunmilayo Tejuoso | Fair Market | 06/29/2021 | 07/01/2022 | 06/30/2024 | 2,995.00 | rent | 2,995.00 | 2,995.00 | 2,995.00 | |
| 022 | 2081x1 | 0.00 | VACANT | VACANT | | | | 0.00 | | 0.00 | 0.00 | 0.00 | |
| 023 | 2082x1 | 0.00 | Vijay Bharath | Fair Market | 02/01/2022 | 02/01/2022 | 01/31/2023 | 0.00 | rent | 3,195.00 | 3,195.00 | 3,195.00 | |
| 024 | 2082x1 | 0.00 | Sydney Vlasach | Fair Market | 02/01/2022 | 02/01/2022 | 01/31/2023 | 4,195.00 | rent | 4,195.00 | 4,195.00 | 4,195.00 | |
| 031 | 2081x1 | 0.00 | Cyrus Attia | Fair Market | 03/01/2021 | 03/01/2021 | 02/28/2023 | 0.00 | rent | 2,275.00 | 1,990.62 | 2,275.00 | |
| | | | | | | | | | conc | (284.38) | | | |
| 032 | 2081x1 | 0.00 | Victoria OReilly | Fair Market | 07/01/2022 | 07/01/2022 | 07/31/2023 | 3,795.00 | rent | 3,795.00 | 3,795.00 | 3,795.00 | |
| 033 | 2081x1 | 0.00 | Frances Griggs | Rent Controlled | 01/01/1950 | 01/01/1950 | 12/31/2050 | 0.00 | scrie | 352.60 | 352.60 | 0.00 | |
| | | | | | | | | | rentreg | 437.67 | | | |
| 034 | 2081x1 | 0.00 | Zachary Feig | Rent Stabilized | 02/15/2022 | 02/15/2022 | 02/28/2023 | 2,795.00 | prefrent | (886.89) | 2,795.00 | 2,795.00 | |
| | | | | | | | | | rent | 3,681.89 | | | |
| 041 | 2081x1 | 0.00 | Marta Herscu | Rent Stabilized | 03/01/2012 | 03/01/2022 | 02/29/2024 | 0.00 | rent | 1,405.20 | 1,405.20 | 1,438.50 | |
| 042 | 2081x1 | 0.00 | Thomas Reilly | Fair Market | 01/01/2021 | 01/01/2022 | 12/31/2022 | 0.00 | rent | 2,695.00 | 2,695.00 | 2,295.00 | |
| 043 | 2081x1 | 0.00 | Anna Herbolzheimer | Fair Market | 12/01/2021 | 12/01/2021 | 11/30/2022 | 0.00 | rent | 3,195.00 | 3,195.00 | 3,195.00 | |
| 044 | 2081x1 | 0.00 | Julia Heredia | Rent Controlled | 01/01/1950 | 01/01/1950 | 12/31/2050 | 0.00 | rentreg | 533.09 | 533.09 | 0.00 | |
| 051 | 2081x1 | 0.00 | Melissa Jeyaraj | Fair Market | 06/01/2020 | 08/01/2022 | 08/31/2022 | 4,250.00 | rent | 3,100.00 | 3,100.00 | 3,295.00 | |
| 052 | 2081x1 | 0.00 | Erika Schreiber | Fair Market | 10/01/2021 | 10/01/2021 | 09/30/2022 | 0.00 | rent | 3,395.00 | 3,395.00 | 3,395.00 | |
| 053 | 2081x1 | 0.00 | Avery Geehr | Fair Market | 04/15/2022 | 04/15/2022 | 04/30/2024 | 3,595.00 | rent | 3,595.00 | 3,595.00 | 3,595.00 | |
| 054 | 2081x1 | 0.00 | Jessica Pillow | Fair Market | 04/01/2018 | 04/01/2022 | 09/30/2022 | 0.00 | rent | 3,595.00 | 3,595.00 | 3,395.00 | |
| 0LE | 2081x1 | 0.00 | Brandon Cotter | Fair Market | 06/25/2022 | 06/25/2022 | 06/30/2023 | 3,250.00 | rent | 3,250.00 | 3,250.00 | 3,250.00 | |
| 0LW | 2081x1 | 0.00 | Justin Brownhill | Fair Market | 06/01/2022 | 06/01/2022 | 06/30/2023 | 3,350.00 | rent | 3,350.00 | 3,350.00 | 3,350.00 | |
| | | | | | | | **Total Amount** | | | **58,380.06** | | | |

Property: 208
New York, NY 10010

**Rent Roll with Lease Charges**

208-214 E. 25th Street LLC

As Of August 01,2022

**Summary of Charges by Charge Code (Current/Notice residents only)**

| | |
|---|---|
| conc | (284.38) |
| prefrent | (886.89) |
| rent | 57,362.09 |
| rentreg | 2,274.31 |
| scrie | (85.07) |
| Total | 58,380.06 |

**Summary of Lease Types**

| | |
|---|---|
| Fair Market | 15 |
| Rent Controlled | 2 |
| Rent Stabilized | 3 |
| VACANT | 1 |
| | 21 |

Page : 3

**Rent Roll with Lease Charges**

208-214 E. 25th Street LLC

As Of August 01,2022

Property: 210
New York, NY 10010

| Unit | Type | Unit Sq Ft | Name | Lease Type | Move In Date | Lease From | Lease To | Market Rent | Charge Code | Amount | Total Monthly Charges | Resident Deposit | Legal Status |
|------|------|-----------|------|-----------|-------------|-----------|---------|------------|-------------|--------|----------------------|-----------------|--------------|
| 01FE | 2102x1 | 0.00 | Archie Miller | Fair Market | 01/09/2021 | 02/01/2022 | 02/29/2024 | 0.00 | rent | 2,950.00 | 2,950.00 | 2,400.00 | |
| 01FW | 2101x1 | 0.00 | Ana Escalante | Fair Market | 01/01/2022 | 01/01/2022 | 12/31/2024 | 0.00 | rent | 3,495.00 | 3,495.00 | 3,495.00 | |
| 01RE | 2101x1 | 0.00 | Jared Alechman | Rent Stabilized | 08/01/2013 | 08/01/2022 | 07/31/2023 | 0.00 | rentreg | 1,442.19 | 1,442.19 | 1,463.82 | |
| 01RW | 2101x1 | 0.00 | Jennifer Rubinstein | Fair Market | 01/01/2022 | 01/01/2022 | 12/31/2024 | 0.00 | rent | 3,250.00 | 3,250.00 | 3,250.00 | |
| 02FE | 2102x1 | 0.00 | Marisa Alemany | Fair Market | 07/01/2022 | 07/01/2022 | 06/30/2024 | 4,795.00 | rent | 4,795.00 | 4,795.00 | 4,795.00 | |
| 02FW | 2102x1 | 0.00 | Hannah Beerman | Fair Market | 03/01/2022 | 03/01/2022 | 02/28/2023 | 0.00 | rent | 4,295.00 | 4,295.00 | 4,295.00 | |
| 02RE | 2102x1 | 0.00 | Fernando Puente | Rent Controlled | 01/01/1950 | 01/01/1950 | 12/31/2050 | 0.00 | scrie | (24.39) | 187.51 | 0.00 | |
| | | | | | | | | | rentreg | 211.90 | | | |
| 02RW | 2101x1 | 0.00 | Katia Nabatkhorian | Fair Market | 06/01/2022 | 06/01/2022 | 05/31/2023 | 3,250.00 | rent | 3,250.00 | 3,250.00 | 3,250.00 | |
| 03FE | 2102x1 | 0.00 | Angel Alcantara | Fair Market | 06/01/2022 | 06/01/2022 | 05/31/2023 | 4,750.00 | rent | 4,750.00 | 4,750.00 | 4,750.00 | |
| 03FW | 2102x1 | 0.00 | Dana Lane | Fair Market | 08/01/2021 | 08/01/2022 | 07/31/2023 | 3,895.00 | rent | 4,295.00 | 4,295.00 | 3,895.00 | |
| 03RE | 2101x1 | 0.00 | Fnu Abhinav Katoch | Fair Market | 02/01/2022 | 02/01/2022 | 01/31/2023 | 0.00 | rent | 3,195.00 | 3,195.00 | 3,195.00 | |
| 03RW | 2101x1 | 0.00 | Viswesh Swaminathan | Fair Market | 12/01/2021 | 12/01/2021 | 11/30/2022 | 0.00 | rent | 3,295.00 | 3,295.00 | 3,295.00 | |
| 04FE | 2102x1 | 0.00 | Andrew Estes | Fair Market | 04/15/2022 | 04/15/2022 | 03/31/2024 | 4,395.00 | rent | 4,395.00 | 4,395.00 | 4,395.00 | |
| 04FW | 2102x1 | 0.00 | Carolyn Kirshe | Fair Market | 01/01/2021 | 01/01/2022 | 12/31/2022 | 0.00 | rent | 3,300.00 | 3,300.00 | 0.00 | |
| 04RE | 2101x1 | 0.00 | Isabella Fiore | Fair Market | 02/01/2021 | 05/01/2022 | 07/31/2023 | 0.00 | rent | 2,800.00 | 2,800.00 | 2,200.00 | |
| 04RW | 2101x1 | 0.00 | Kathryn Gaon | Fair Market | 10/31/2020 | 01/01/2022 | 12/31/2022 | 0.00 | rent | 2,670.00 | 2,670.00 | 2,545.00 | |
| 05FE | 2102x1 | 0.00 | Megan Breen | Fair Market | 11/01/2021 | 11/01/2021 | 10/31/2022 | 0.00 | rent | 4,495.00 | 4,495.00 | 4,495.00 | |
| 05FW | 2102x1 | 0.00 | Linda Mellone | Rent Stabilized | 11/01/2013 | 11/01/2019 | 10/31/2021 | 0.00 | rentreg | 789.71 | 789.71 | 789.71 | |
| 05RE | 2101x1 | 0.00 | Joseph Stilin | Fair Market | 09/01/2020 | 09/01/2021 | 08/31/2023 | 4,250.00 | conc | (266.25) | 2,928.75 | 3,295.00 | |
| | | | | | | | | | rent | 3,195.00 | | | |
| 05RW | 2101x1 | 0.00 | Steven Warner | Fair Market | 10/01/2021 | 10/01/2021 | 09/30/2022 | 0.00 | rent | 3,275.00 | 3,275.00 | 0.00 | |
| 0LE | 2101x1 | 0.00 | Amanda Ryan | Fair Market | 06/01/2022 | 06/01/2022 | 05/31/2024 | 3,350.00 | rent | 3,350.00 | 3,350.00 | 3,350.00 | |
| 0LW | 2101x1 | 0.00 | Sarah Wheeler | Fair Market | 06/15/2021 | 07/01/2022 | 06/30/2024 | 0.00 | rent | 2,795.00 | 2,795.00 | 2,275.00 | |
| | | | | | | | | | **Total Amount** | | **69,998.16** | | |

**Rent Roll with Lease Charges**

208-214 E. 25th Street LLC

As Of August 01,2022

Property: 210
New York, NY 10010

**Summary of Charges by Charge Code (Current/Notice residents only)**

| | |
|---|---|
| conc | (266.25) |
| rent | 67,845.00 |
| rentreg | 2,443.80 |
| scrie | (24.39) |
| Total | 69,998.16 |

**Summary of Lease Types**

| | |
|---|---|
| Fair Market | 19 |
| Rent Controlled | 1 |
| Rent Stabilized | 2 |
| | 22 |

Property: 212
New York, NY 10010

**Rent Roll with Lease Charges**

208-214 E. 25th Street LLC

As Of August 01,2022

| Unit | Type | Unit Sq Ft | Name | Lease Type | Move In Date | Lease From | Lease To | Market Rent | Charge Code | Amount | Total Monthly Charges | Resident Deposit | Legal Status |
|------|------|-----------|------|-----------|-------------|-----------|----------|-------------|------------|--------|----------------------|-----------------|-------------|
| 001 | 2122x1 | 0.00 | Keith Brockman | Fair Market | 04/01/2021 | 04/01/2022 | 03/31/2024 | 0.00 | rent | 3,595.00 | 3,595.00 | 2,625.00 | |
| 002 | 2122x1 | 0.00 | Geraldine Fagan | Rent Stabilized | 08/01/2013 | 08/01/2022 | 07/31/2024 | 0.00 | rentreg | 1,644.24 | 1,644.24 | 1,603.86 | |
| 003 | 2121x1 | 0.00 | Ashley Stahl | Fair Market | 09/01/2021 | 09/01/2021 | 08/31/2022 | 0.00 | rent | 3,295.00 | 3,295.00 | 3,295.00 | |
| 004 | 2122x1 | 0.00 | Stephan Moran | Fair Market | 02/01/2022 | 02/01/2022 | 01/31/2023 | 5,495.00 | rent | 5,495.00 | 5,495.00 | 5,495.00 | |
| 005 | 2121x1 | 0.00 | Alexia Tsimikas | Fair Market | 01/30/2021 | 02/01/2022 | 01/31/2023 | 0.00 | conc | (225.00) | 2,475.00 | 2,700.00 | |
| | | | | | | | | | rent | 2,700.00 | | | |
| 006 | 2122x1 | 0.00 | Kristen Poss | Fair Market | 02/01/2020 | 09/01/2021 | 02/28/2023 | 0.00 | rent | 2,625.00 | 2,333.33 | 3,895.00 | |
| | | | | | | | | | conc | (291.67) | | | |
| 007 | 2121x1 | 0.00 | Zachary Brenner | Fair Market | 07/01/2022 | 07/01/2022 | 06/30/2023 | 3,695.00 | rent | 3,695.00 | 3,695.00 | 3,695.00 | |
| 008 | 2121x1 | 0.00 | Bianca Beres | Fair Market | 02/15/2021 | 02/15/2022 | 02/28/2023 | 0.00 | conc | (266.40) | 1,908.60 | 2,175.00 | |
| | | | | | | | | | rent | 2,175.00 | | | |
| 009 | 2121x1 | 0.00 | John Buresh | Fair Market | 08/01/2022 | 08/01/2022 | 07/31/2023 | 3,750.00 | rent | 3,750.00 | 3,750.00 | 3,750.00 | |
| 010 | 2122x1 | 0.00 | Ping Edmunds | Fair Market | 03/20/2021 | 03/20/2021 | 05/31/2023 | 0.00 | conc | (284.15) | 2,215.85 | 2,500.00 | |
| | | | | | | | | | rent | 2,500.00 | | | |
| 011 | 2121x1 | 0.00 | Sophie Cheston | Fair Market | 07/01/2022 | 07/01/2022 | 07/31/2023 | 3,650.00 | rent | 3,650.00 | 3,650.00 | 3,650.00 | |
| 012 | 2121x1 | 0.00 | Kelly Amen | Fair Market | 04/15/2022 | 04/15/2022 | 04/30/2023 | 3,195.00 | rent | 3,195.00 | 3,195.00 | 3,195.00 | |
| 013 | 2121x1 | 0.00 | Shelby Cole | Fair Market | 08/01/2019 | 02/01/2022 | 02/29/2024 | 0.00 | rent | 3,175.00 | 3,175.00 | 3,595.00 | |
| 014 | 2122x1 | 0.00 | Angela Beckham | Rent Stabilized | 02/01/2012 | 02/01/2021 | 01/31/2024 | 1,541.15 | rentreg | 1,627.38 | 1,627.38 | 1,627.39 | |
| 015 | 2121x1 | 0.00 | Maia Hannemann | Fair Market | 04/01/2022 | 04/01/2022 | 03/31/2023 | 3,195.00 | rent | 3,195.00 | 3,195.00 | 3,195.00 | |
| 016 | 2121x1 | 0.00 | Sana Din | Fair Market | 01/31/2022 | 01/31/2022 | 01/31/2023 | 3,250.00 | rent | 3,250.00 | 3,250.00 | 3,250.00 | |
| 017 | 2122x1 | 0.00 | Alexander Banh | Fair Market | 05/03/2021 | 05/03/2021 | 01/31/2023 | 0.00 | conc | (529.90) | 3,165.10 | 3,695.00 | |
| | | | | | | | | | rent | 3,695.00 | | | |
| 018 | 2122x1 | 0.00 | Sarah Wheeler | Fair Market | 05/01/2021 | 05/01/2021 | 04/30/2023 | 0.00 | rent | 2,625.00 | 2,187.50 | 2,625.00 | |
| | | | | | | | | | conc | (437.50) | | | |
| 019 | 2121x1 | 0.00 | Brandon Tracy | Fair Market | 05/01/2022 | 05/01/2022 | 05/31/2023 | 3,495.00 | rent | 3,495.00 | 3,495.00 | 3,495.00 | |
| 020 | 2121x1 | 0.00 | Daniel DaSilva | Fair Market | 03/18/2022 | 03/18/2022 | 03/31/2024 | 0.00 | rent | 3,395.00 | 3,395.00 | 3,395.00 | |
| OLE | 2122x1 | 0.00 | Isabella Paoletto | Fair Market | 04/29/2022 | 04/29/2022 | 03/31/2024 | 3,250.00 | rent | 3,250.00 | 3,250.00 | 3,250.00 | |
| OLW | 2121x1 | 0.00 | Nicholas Vitale | Fair Market | 10/01/2014 | 04/01/2022 | 03/31/2024 | 0.00 | rent | 2,675.00 | 2,675.00 | 2,695.00 | |
| | | | | | | | | | **Total Amount** | | **66,667.00** | | |

Property: 212
New York, NY 10010

### Rent Roll with Lease Charges

208-214 E. 25th Street LLC

As Of August 01,2022

**Summary of Charges by Charge Code (Current/Notice residents only)**

| | | | Summary of Lease Types | |
|---|---|---|---|---|
| conc | (2,034.62) | | Fair Market | 20 |
| rent | 65,430.00 | | Rent Stabilized | 2 |
| rentreg | 3,271.62 | | | 22 |
| Total | 66,667.00 | | | |

### Rent Roll with Lease Charges

208-214 E. 25th Street LLC

As Of August 01,2022

Property: 214
New York, NY 10010

| Unit | Type | Unit Sq Ft | Name | Lease Type | Move In Date | Lease From | Lease To | Market Rent | Charge Code | Amount | Total Monthly Charges | Resident Deposit | Legal Status |
|------|------|-----------|------|-----------|-------------|-----------|---------|-------------|------------|--------|----------------------|-----------------|-------------|
| 01FE | 2141x1 | 0.00 | Layla Keith | Fair Market | 05/01/2022 | 05/01/2022 | 04/30/2024 | 4,195.00 | rent | 4,195.00 | 4,195.00 | 4,195.00 | |
| 01FW | 2142x1 | 0.00 | Carlos Roure | Rent Stabilized | 06/01/2012 | 06/01/2022 | 05/31/2024 | 0.00 | rentreg | 847.71 | 368.95 | 596.39 | |
| | | | | | | | | | scrie | (478.76) | | | |
| 01RE | 2143x1 | 0.00 | VACANT | VACANT | | | | | | | 0.00 | 0.00 | |
| 01RW | 2142x1.5 | 0.00 | Andrea Chavez Davila | Fair Market | 01/19/2021 | 02/01/2022 | 02/29/2024 | 0.00 | rent | 3,500.00 | 3,500.00 | 2,895.00 | |
| 02FE | 2142x1 | 0.00 | Rocky Cari | Employee Occupied | 01/01/1950 | 01/01/1950 | 12/31/2050 | 0.00 | | | 0.00 | 0.00 | |
| 02FW | 2142x2 | 0.00 | Samantha Grande | Fair Market | 02/06/2021 | 02/01/2022 | 04/30/2023 | 0.00 | rent | 3,250.00 | 3,250.00 | 2,625.00 | |
| 02RE | 2141x1 | 0.00 | Blueground Blueground | Fair Market | 07/05/2022 | 07/05/2022 | 07/31/2023 | 2,995.00 | rent | 3,550.00 | 3,550.00 | 1,500.00 | |
| 02RW | 2141x1 | 0.00 | Thomas Krotine | Fair Market | 04/01/2022 | 04/01/2022 | 03/31/2024 | 3,495.00 | rent | 3,495.00 | 3,495.00 | 3,495.00 | |
| 03FE | 2142x1 | 0.00 | Revan Chang | Fair Market | 10/01/2021 | 10/01/2021 | 09/30/2022 | 4,995.00 | rent | 4,295.00 | 4,295.00 | 0.00 | |
| 03FW | 2142x2 | 0.00 | Jared Finsterbusch | Fair Market | 07/01/2022 | 07/01/2022 | 06/30/2023 | 0.00 | rent | 4,195.00 | 8,390.00 | 13.00 | |
| | | | | | | | | | rent | 4,195.00 | | | |
| 03RE | 2141x1 | 0.00 | Blueground Blueground | Fair Market | 06/03/2022 | 06/03/2022 | 07/31/2023 | 3,550.00 | rent | 3,550.00 | 3,550.00 | 1,500.00 | |
| 03RW | 2141x1 | 0.00 | Nikhil Shankar | Fair Market | 06/25/2022 | 06/25/2022 | 07/31/2023 | 3,650.00 | rent | 3,650.00 | 3,650.00 | 3,650.00 | |
| 04FE | 2142x1 | 0.00 | Joshua Willis | Fair Market | 01/01/2022 | 01/01/2022 | 12/31/2022 | 0.00 | rent | 4,095.00 | 4,095.00 | 4,095.00 | |
| 04FW | 2142x1 | 0.00 | Susan Aziz | Fair Market | 02/01/2022 | 02/01/2022 | 01/31/2023 | 0.00 | rent | 4,195.00 | 4,195.00 | 4,195.00 | |
| 04RE | 2141x1 | 0.00 | Assunta Guzman | Fair Market | 03/01/2022 | 03/01/2022 | 02/28/2023 | 0.00 | rent | 3,250.00 | 3,250.00 | 3,250.00 | |
| 04RW | 2141x1 | 0.00 | John Iathrop | Fair Market | 01/01/2022 | 01/01/2022 | 12/31/2022 | 2,995.00 | rent | 3,250.00 | 3,250.00 | 3,250.00 | |
| 05FE | 2142x1 | 0.00 | Leigh Archibald | Fair Market | 11/01/2021 | 11/01/2021 | 10/31/2023 | 0.00 | rent | 4,600.00 | 4,600.00 | 4,550.00 | |
| 05FW | 2142x1 | 0.00 | Eliza Brosgol | Fair Market | 12/01/2021 | 12/01/2021 | 05/31/2023 | 0.00 | rent | 4,595.00 | 4,595.00 | 4,595.00 | |
| 05RE | 2143x2 | 0.00 | Andrew Schreibstein | Fair Market | 07/01/2022 | 07/01/2022 | 07/31/2023 | 0.00 | rent | 7,250.00 | 7,250.00 | 7,250.00 | |
| 0EW | 2143x2 | 0.00 | Petro Serdiuk | Fair Market | 04/01/2022 | 04/01/2022 | 03/31/2024 | 5,195.00 | rent | 5,195.00 | 5,195.00 | 5,195.00 | |
| | | | | | | | | | **Total Amount** | | **74,673.95** | | |

Property: 214
New York, NY 10010

### Rent Roll with Lease Charges

208-214 E. 25th Street LLC

As Of August 01,2022

**Summary of Charges by Charge Code (Current/Notice residents only)**

| | |
|---|---:|
| rent | 74,305.00 |
| rentreg | 847.71 |
| scrie | (478.76) |
| Total | 74,673.95 |

**Summary of Lease Types**

| | |
|---|---:|
| Employee Occupied | 1 |
| Fair Market | 17 |
| Rent Stabilized | 1 |
| VACANT | 1 |
| | 20 |



| Property: For Selected Properties | **Rent Roll with Lease Charges**<br><br>As Of August 01,2022 | |

**Summary of Charges by Charge Code (Current/Notice residents only)**

| | | Summary of Lease Types | |
|---|---|---|---|
| conc | (2,585.25) | Employee Occupied | 1 |
| prefrent | (886.89) | Fair Market | 71 |
| rent | 264,942.09 | Rent Controlled | 3 |
| rentreg | 8,837.44 | Rent Stabilized | 8 |
| scrie | (588.22) | VACANT | 2 |
| Total | 269,719.17 | | 85 |

Fill in this information to identify the case:

Debtor name    **208-214 E. 25th St. LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Edward Croman | **395 Pleasant Valley Way** **West Orange, NJ 07052-2998** | **25th Street** **Multifamily LLC** | ☑ D  __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2  Steve Croman | **12 E 72nd St** **New York, NY 10021-4125** | **25th Street** **Multifamily LLC** | ☑ D  __2.1__ ☐ E/F _____ ☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **208-214 E. 25th St. LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*......................................................................... $ 30,000,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................... $ 1,684,133.04

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................... $ 31,684,133.04

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A *Amount of claim,* from line 3 of *Schedule D*.................... $ 22,751,005.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................. $ 1,569,372.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 0.00

4. **Total liabilities** .................................................................................
   Lines 2 + 3a + 3b

   $ 24,320,377.00

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**United States Bankruptcy Court**
**Southern District of New York, Manhattan Division**

IN RE: _____    Case No. _____

208-214 E. 25th St. LLC _____    Chapter 11 _____
<span style="padding-left:3em">Debtor(s)</span>

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: November 30, 2022 _____    Signature: _____

<b>David Goldwasser, Chief Restructuring Office</b>
Debtor

Date: _____    Signature: _____
Joint Debtor, if any

Software Copyright (c) 2022 CINGroup - www.cincompass.com

```
25th Street Multifamily LLC
100 Park Ave
New York, NY  10017-5516


Edward Croman
395 Pleasant Valley Way
West Orange, NJ  07052-2998


Hayley Greenberg, Esq.
Greenberg & Merola, LLP,
2280 Grand Ave Ste 202
Baldwin, NY  11510-3110


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346


Katsky Korins LLP
605 3rd Ave
New York, NY  10158-0180


Northwind Group
489 5th Ave Fl 28
New York, NY  10017-6117


NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY  11201-3719
```

```
NYC Department of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY  10007-2601


NYS Attorney General
28 Liberty St
New York, NY  10005-1400


NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY  12205-0300


Steve Croman
12 E 72nd St
New York, NY  10021-4125
```