

Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 22-11610-jlg

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    208-214 E. 25TH ST. LLC,

8

9           Debtor.

10    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                    United States Bankruptcy Court

13                    One Bowling Green

14                    New York, NY 10004

15

16                    December 14, 2022

17                    2:26 PM

18

19

20

21    B E F O R E :

22    HON. JAMES L. GARRITY, JR.

23    U.S. BANKRUPTCY JUDGE

24

25    ECRO:   JONATHAN

1   1) Motion to Allow/(i) Excuse the State Court Receiver From

2   Provisions of 11 U.S.C. Site 543(d)(1) of the Bankruptcy

3   Code, or in the alternative, Motion to Prohibit Use of Cash

4   Collateral

5    (Doc#9)

6

7   Declaration of Hayley Greenberg

8    (Doc#10)

9

10   Consent of Debtor to Continuation of the Receiver and

11   Reservation of Rights

12    (Doc#17)

13

14   Reply to Motion

15    (Doc#19)

16

17

18

19

20

21

22

23

24

25   Transcribed by:  Sonya Ledanski Hyde

```
 1   A P P E A R A N C E S :

 2

 3   KATZKY KORINS, LLP

 4        Attorneys for the Debtor

 5        605 Third Avenue

 6        New York, NY 10158

 7

 8   BY:  ROBERT ALAN ABRAMS (TELEPHONICALLY)

 9   BY:  STEVEN H. NEWMAN (TELEPHONICALLY)

10

11   GOLDBERG, WEPRIN, FINKEL, GOLDSTEIN, LLP

12        Attorneys for the Debtor

13        1501 Broadway, 22nd floor

14        New York, NY 10036

15

16   BY:  TED DONOVAN (TELEPHONICALLY)

17

18   GREENBERG MEROLA

19        Attorneys for the Reciever

20        2280 Grand Avenue, Suite 202

21        Baldwin, NY 11510 ·

22

23   BY:  HAYLEY GREENBERG (TELEPHONICALLY)

24

25
```

Page 4

1                    P R O C E E D I N G S

2              THE COURT:  All right, good afternoon.  It's Judge

3     Garrity.  I'm sorry for keeping you waiting.  We are here on

4     the 208-214 East 25th Street, LLC, Case Number 22-11610.

5     Can I get appearances, please?

6              MR. NEWMAN:  Sure.  This is Steven Newman of

7     Katsky Korins, LLP on behalf of 25th Street Multifamily,

8     LLC.

9              THE COURT:  Thank you, Mr. Newman.

10             MR. ABRAMS:  Good afternoon, Your Honor.  My name

11     is Robert Abrams with Katsky Korins as well.  I am Steve

12     Newman's partner, representing 25th Street Multifamily, LLC.

13             THE COURT:  Thank you.

14             MR. DONOVAN:  Your Honor, this is Ted Donovan,

15     Goldberg, Weprin, Finkel, Goldstein, for the Debtor.  Mr.

16     Nash was going to appear, but he is actively engaged in the

17     Eastern District, so I am stepping in.

18             THE COURT:  All right.  Ms. Greenberg, you need to

19     unmute your phone, your screen.  There you go, I think.

20             MS. GREENBERG:  Okay, thank you.  Hayley

21     Greenberg, court-appointed receiver.

22             THE COURT:  Thank you, Ms. Greenberg.

23             All right, Mr. Newman, why don't you get us

24     started?

25             MR. NEWMAN:  Sure.  Thank you, Your Honor.  So, I

Page 5

1      --

2              THE COURT:  Actually, I apologize for interrupting

3      you.  But I would like, just before I get started on the

4      matter that brings us together this afternoon.  Mr. Donovan,

5      why don't you give me a little bit of a background on who

6      the debtor is, the events leading up to the filing of the

7      bankruptcy, unless, Mr. Newman, that was something you

8      intended to do.

9              MR. NEWMAN:  I am happy to do that, Your Honor.

10             THE COURT:  Okay, then why don't you do that.

11     That would be fine.  And, Mr. Donovan, I will hear from you

12     afterwards just to make sure that you're satisfied with Mr.

13     Newman's description.  But please, go ahead, Mr. Newman.

14             MR. DONOVAN:  That works, Your Honor.  Thank you.

15             MR. NEWMAN:  Sure.  So, Your Honor, our client is

16     the current holder of a commercial mortgage loan in the

17     original amount of $25 million that was originated by Bank

18     United in 2016.  At the time of the loan, the Debtor was

19     owned by a person named Steven Croman, who is a very wealthy

20     and well-known slumlord in New York City.  And he is also a

21     convicted criminal, having served prison time for crimes

22     such as grand larceny and other types of fraud.  And we

23     cited to that in our papers.

24             In 2021, the Debtor began a series of payment

25     defaults, and in fact defaulted for three consecutive months

Page 6

1    in paying when due the monthly installments of principal,

2    interest, and tax escrows that were roughly about $201,000

3    and change per month.  And the loan documents had a time of

4    the essence clause as to payment.

5            While those defaults were happening, Bank United

6    was not happy with these defaults, and on August 11th, after

7    the Debtor at that time was in default for the July and

8    August installment payments and in default for other fees

9    and charges under the loan documents, accelerated the loan

10   and sold the loan to my client on August 11th.

11           THE COURT:  That's 2021.

12           MR. NEWMAN:  2021, that's correct.  Then, about a

13   month-and-a-half later, on September 21, which is now 73

14   days after the July payment was due and 41 days after the

15   loan was accelerated by Bank United, the Debtor, through Mr.

16   Croman, sent a series of checks to my client, which he

17   purported to use to try to cure the July, August, and then

18   September payment.  Because it was September 21, but there

19   wasn't a payment made even on September 10.  And so he

20   purported to try to pay what he called the arrearages for

21   those three months.

22           My client wrote back and pointed out that the

23   loans accelerated and the full amount was owed and offered

24   to apply the monies against the debt.  And Mr. Croman

25   repeatedly wrote back and said no, the monies could only be

Page 7

1    applied to July, August, and September payments.  So as a

2    result of the strings that were attached by the borrower, my

3    client returned those checks to Mr. Croman.

4           It's also worth noting -- and this was all fully-

5    briefed in the state court, that even though there were

6    three checks tendered, and be it late by 73 days late after

7    payment was due, they were even insufficient in amount by

8    many tens of thousands of dollars because they didn't

9    include all of the tax payments that were owed as part of

10   the required monthly installment, late fees, and other

11   charges.

12          The Debtor made a motion to dismiss the lender's

13   foreclosure action.  The court denied that motion.  In the

14   context of that motion, the Debtor actually admitted its

15   payment defaults for July and August.  The lender made a

16   motion for summary judgment.  The summary judgment motion

17   was fully briefed and fully submitted in mid-June, almost

18   six months ago, and remained sub judice at the time of the

19   filing of this case.  The lender had also, after it acquired

20   the loan, terminated the Debtor's license to collect the

21   rents in August of 2021.

22          Now, the loan documents gave the Debtor a limited

23   license so long as there was no event of default, to collect

24   the rents.  Because of the payment defaults, the lender

25   terminated that license and the lender tried to collect the

Page 8

1    rents itself and sent letters to tenants, but the Debtor

2    then tried to interfere with the lender and wrote letters to

3    tenants demanding that the rent be paid to the borrower, not

4    the lender.

5          The attorney general got involved.  And after

6    several months of going round and round, the lender filed a

7    motion for a receiver at the request of the attorney

8    general's office.  The Debtor opposed the motion for the

9    receiver and ultimately the state court granted the receiver

10   motion and appointed Ms. Greenberg as receiver pursuant to

11   an order dated May 10th, which was annexed to our moving

12   papers.  And notably in the receiver order, the state court

13   found that the Debtor defaulted in its payments under the

14   loan document.  That's a finding in the order.

15         The receiver got up and running and started taking

16   control of the property in May, demanded turnover of the

17   rents, encountered grave difficulty from the borrower, who

18   continued to (indiscernible) tenants for rent, enter into

19   new leases, which required Ms. Greenberg in June, about a

20   month into her appointment, to make a motion for contempt

21   against Mr. Croman for interfering and violating the

22   injunction against interfering with her contained in the

23   receiver order.  That motion for contempt remains sub judice

24   and was not ruled upon at the time of the filing of this

25   case.

Page 9

1              After the filing of the contempt motion, Mr.

2    Croman started turning over certain monies in drips and

3    drabs and certain documents.  Ms. Greenberg has been

4    continuing to collect the rent.  She had great difficulty,

5    which she set forth in her declaration, trying to figure out

6    the kind of 52 card pickup of documents and information that

7    the Debtor presented her an accounting for the monies.

8              And while it was difficult, she persisted,

9    continued to communicate with the Debtor's management

10   company owned by Mr. Croman, and they kept feeding her more

11   information.  So she has a fairly good idea of the security

12   deposits that were turned over.  But as she said in her

13   declaration, she is still unable to this day to zero out to

14   the dollar how much each respective tenant posted with

15   deposits with the Debtor that she is not holding and how

16   much rent each respective tenant paid.  But she is doing her

17   best and she has collected a lot of money.  She has been

18   collecting a little under $200,000 a month, and she did pay

19   a big, substantial amount of real estate taxes I believe

20   sometime in September, because the Debtor had not paid taxes

21   for over a year.  It didn't pay the taxes that were due in

22   January of 2022 or July of 2022.  So that's a whole year's

23   worth of taxes.  And it's roughly about $550,000 or so every

24   six months, ballpark.  So there's a very substantial sum of

25   tax arrearages.  She's paid that down.  She's holding

Page 10

1    certain monies now.  And now we move forward with the

2    Debtor's filing.

3            The Debtor filed the case on November 30th.  And

4    what's interesting is the Debtor announced in its Rule 1007

5    affidavit that at some point before the petition, it's

6    unclear when, the LLC interests in the Debtor were

7    apparently transferred by Mr. Croman to some trust.  We have

8    no information about this trust, and the creation or the

9    transfer was a clear violation of the loan documents and a

10   breach of those as well.  And the Debtor simultaneously

11   appointed David Goldwasser and his company as a chief

12   restructuring officer.  So we could only glean that the case

13   was filed because the Debtor felt that the state court was

14   about to rule at any moment on the fully-briefed summary

15   judgment motion and then adjudicated the parties' rights.

16   And the Debtor was probably looking for a more favorable

17   forum to resolve those rights and engaged in forum shopping

18   to try to parachute into this Court.

19           So the other thing that's notable and we put in

20   our papers is that Mr. Croman himself is a convicted

21   criminal.  David Goldwasser as well is a convicted criminal

22   who pled guilty to I believe bank fraud.  And we attached a

23   copy of his criminal docket and his sentencing.

24           So this is a property that is being controlled by

25   literally criminals, and there was substantial rent involved

Page 11

1    here.  There's $269,000 of monthly rent according to a rent

2    roll that was attached to the petition.  So in the almost

3    year-and-a-half that the Debtor had control or the property

4    before Ms. Greenberg got in place, we believe that there's

5    almost $3 million of rent that was diverted from the lender

6    that Mr. Croman or his affiliates are holding, and it's

7    completely unaccounted for.

8            In the petition, it was very odd.  They noted that

9    there was roughly $1.5 million placed into a Debtor's

10   counsel escrow.  Well, loan documents don't provide for an

11   escrow.  Debtor's counsel wasn't retained back in July of

12   2021, so we don't know where this money came from.  We can't

13   even match up that money.  But that's in our view our

14   collateral as well the other monies that are missing.  And

15   so when this case was filed, you know, we felt that there

16   was an urgent need to protect the substantial rents, and

17   that's why we had to bring this motion on by an order

18   shortening time so that we can make sure that the rents are

19   protected.  And that was the purpose of this motion.

20           If you want, I could go on and talk about the

21   motion, I could talk about the consent order that we've

22   agreed to between counsel.

23           THE COURT:  Well, before we do that, Mr. Donovan,

24   do you want to be heard with respect to how you got to where

25   we are right now?

Page 12

1          MR. DONOVAN:  Yes, Your Honor.  I'm sorry to have

2     to respond.  I really had hoped that we were in this court

3     without the necessity of raising a lot of attacks against

4     Mr. Croman.  I would just note that the day after the

5     petition was filed, there was an article in the Real Deal

6     salivating about the fact that the well-known landlord Steve

7     Croman was now fighting with the well-known predatory lender

8     represented by Mr. Newman.  We really don't need to get into

9     that, Your Honor.  This is a very simple thing.

10         There was a minor default.  Rather than allow the

11    default to be cured before we even knew there was a default,

12    there was an acceleration and a sale of the note and an

13    immediate commencement of a foreclosure action, following

14    which they refused to take the payments.  This is very

15    readily provided for in the Bankruptcy Code under 1124 for a

16    cure and reinstatement.  That's what we intend to do.

17         THE COURT:  This is a two-party case.  This is a

18    two-party case.  It's a single asset two-party case.  The

19    single asset is the subject of a foreclosure action, whether

20    you have pending motions for summary judgment.  You've

21    agreed in your stipulation with the secured creditor to

22    allow the receiver to remain in place.  So you're not even

23    going to be operating the Debtor.  You brought this case for

24    one reason, and you've just articulated it.  What you want

25    to do is reinstate the debt.  A year ago, you didn't want to

Page 13

1    reinstate the debt, as you indicated in your papers.  A year

2    ago -- or maybe whatever period of time it was when the

3    interest rates were more friendly, I guess.  The thought was

4    you could just refinance.  And I think what was indicated in

5    Mr. Nash's document is that ultimately you were not able to

6    refinance because you couldn't agree on the amount of

7    interest that had to be paid.  But now -- and I'm just

8    assuming it's because of where interest rates have gone --

9    now you're looking and saying, well, what we're going to do

10   is we're going to have a plan.  That's a secured creditor

11   and the New York City -- either state or city tax authority

12   that's owed or shown to be owed over a million dollars -- or

13   I'm sorry, maybe it's 150.  I apologize, I can't remember

14   the dollar amount.  But that's all this is.  This is a two-

15   party dispute.  And I don't know why it's in this court.

16   And I don't think -- frankly, I don't think it should be in

17   this court.

18           MR. DONOVAN:  Your Honor, Section 1124 provides

19   that we can --

20           THE COURT:  I know.  I know what 1124 provides.

21           MR. DONOVAN:  And therefor, Your Honor, the

22   statute allows us to try to put together a plan, which we

23   intend to do very quickly.

24           THE COURT:  Yeah.  And the Second Circuit in In re

25   C-TC 9th Avenue Partnership talked about bad faith filings.

Page 14

1    And --

2              MR. DONOVAN:  Your Honor, in that case, they were

3    talking about --

4              THE COURT:  Excuse me.  Excuse me.

5              MR. DONOVAN:  -- operating entities, not single-

6    asset real estate cases.

7              THE COURT:  Excuse me.

8              MR. DONOVAN:  I'm sorry, I couldn't tell that you

9    were talking, Your Honor.

10             THE COURT:  Excuse me.

11             MR. DONOVAN:  I'm sorry.

12             THE COURT:  It's all right.

13             MR. DONOVAN:  I thought you'd stopped.

14             THE COURT:  Okay.  Look, I'll entertain a motion

15   to dismiss this case.  I have no problem with that.  And

16   I'll keep my mind open on it.  But this is a two-party case.

17   That's all it is.  And what you want to do is you want to

18   move this out of the state court where you don't have those

19   kinds of remedies and bring it here where you have one --

20   you have literally a secured creditor and some -- and a

21   taxing authority.  So your plan is going to say we're going

22   to pay the taxes I guess -- pay them in full, I don't know

23   what you're going to do there -- and we're going to

24   reinstate the mortgage, and that's our plan.

25             MR. DONOVAN:  Yes, sir.  And pay the creditor a

Page 15

1    hundred cents on the dollar, whatever his allowed claim is.

2              THE COURT:  Yeah, right.

3              MR. DONOVAN:  Which is precisely in line with the

4    statute.

5              THE COURT:  I don't think it belongs here.  I

6    don't think it belongs here.  And, you know, and again, I

7    will be prepared if a motion is made to deal with it.  But I

8    don't think it belongs here.

9              MR. DONOVAN:  In the meantime, Your Honor, if I

10   might, we do have a consensual order for today.  It does

11   keep the receiver in place.  There is a provision in it to

12   the effect that the receiver is not required to provide

13   reports.  We are going to address that among ourselves so

14   that we make sure that we get the information that we need

15   to file our operating reports.  But for purposes of today,

16   the Debtor is prepared to consent to the order as drafted

17   and submitted already I believe to the Court.

18             THE COURT:  Yeah, we did have -- and I did have

19   one question about one of the provisions, and that's on Page

20   4, Paragraph 5.  And on the document I'm looking at, I have

21   -- I've got it printed out.  So it's on the top of Page 4.

22   Just let me know when you guys get there.

23             MR. NEWMAN:  I'm at Paragraph 5, Your Honor.

24             MS. ABRAMS:  Yes, sir.

25             THE COURT:  Yeah.  So all other funds held by the

Page 16

1   Debtor or his counsel including without limitation to

2   balance of Debtor counsel's funds, shall not be disbursed or

3   transferred in any way absent, one, further order of the

4   court, and then second, or express written consent of

5   counsel.

6           I think we should just put it at one and just do

7   that.  I don't have any problem --

8           MR. DONOVAN:  Yeah, I don't need you to be giving

9   me a hard time --

10          THE COURT:  I'm sorry?

11          MR. DONOVAN:  I'm sorry, Your Honor.  That -- so

12  you just want to take out Clause Two?

13          THE COURT:  All I'm saying is I don't have any

14  problem if you have written consent, but I would like it to

15  be so ordered by the Court.

16          MR. NEWMAN:  No problem, Your Honor.

17          THE COURT:  I think there should be a court order

18  is the bottom line.

19          MR. DONOVAN:  That's acceptable, Your Honor.

20          THE COURT:  All right.  So what I think you should

21  do I would suggest is that where the language goes absent

22  and then (i), a further order of the court, I would strike

23  the (i) and then just say absent further order of this

24  court, period.  But otherwise, I didn't have any questions

25  or any other concerns with this in order, you know, to leave

```
 1   the receiver in place and allow the bills that have to get

 2   paid, et cetera, to be able to do that.

 3          So if what you'd like to do, Mr. Newman, after

 4   you've revised the order, run it by Mr. Donovan.

 5          MR. DONOVAN:  Your Honor, if I might.  We are

 6   moving our offices and are about to turn our computers off

 7   in 15 minutes.  So I'm perfectly happy to trust Mr. Newman

 8   to make that change.

 9          THE COURT:  All right.

10          MR. DONOVAN:  I don't want to tie it up if we

11   can't get to it.

12          MR. NEWMAN:  That's fine.  Could I insert an s-

13   slash for your signature, Mr. Donovan?

14          MR. DONOVAN:  Yes.

15          MR. NEWMAN:  Thank you.

16          THE COURT:  All right.  So you'll -- okay, so make

17   that change, and you'll get us a document, we'll get it

18   entered and we'll be in business.

19          MR. NEWMAN:  Terrific.  Thank you very much.

20          THE COURT:  Thank you.  Mr. Donovan, are you --

21   where are you moving to?

22          MR. DONOVAN:  Well, right now we're in the middle

23   of Times Square.  And we're moving across town to -- across

24   the street from Grand Central.  And it's a simple, little

25   move, but we'll have no computer access for the next two
```

Page 18

1    days and limited emails.  And I'm ready to just scream.

2              THE COURT:  All right.

3              MR. DONOVAN:  And therefore, Your Honor, I would

4    ask that you not entertain any orders to show cause on this

5    until Monday.

6              THE COURT:  Well, what I would ask is, Mr. Newman,

7    if you are going to make that motion, you'll reach out to

8    Mr. Donovan, you'll let him know.  You'll work out a

9    schedule for hearing it, et cetera.  Okay?

10             MR. NEWMAN:  Yes.

11             THE COURT:  All right.  Thank you.

12             MR. DONOVAN:  Thank you very much, Your Honor.

13             MR. NEWMAN:  Nice to see you, Your Honor.

14             THE COURT:  Bye.  Thanks very much.

15             MS. GREENBERG:  Thank you.

16             THE COURT:  Sure.  Thank you.  Bye-bye.

17

18             (Whereupon these proceedings

19                  were concluded)

20

21

22

23

24

25

Page 19

1                          I N D E X

2

3                          RULINGS

4                                              Page      Line

5    Leave the receiver in place               13        24

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 20

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7    *Sonya M. Ledanski Hyde*

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  December 20, 2022

**1**

**1**   2:1,2
**1.5**   11:9
**10**   2:8 6:19
**10004**   1:14
**10036**   3:14
**1007**   10:4
**10158**   3:6
**10th**   8:11
**11**   2:2
**1124**   12:15
  13:18,20
**11501**   20:23
**11510**   3:21
**11th**   6:6,10
**12151**   20:7
**13**   19:5
**14**   1:16
**15**   17:7
**150**   13:13
**1501**   3:13
**17**   2:12
**19**   2:15

**2**

**20**   20:25
**200,000**   9:18
**201,000**   6:2
**2016**   5:18
**202**   3:20
**2021**   5:24 6:11
  6:12 7:21
  11:12
**2022**   1:16 9:22
  9:22 20:25
**208-214**   1:7 4:4

**21**   6:13,18
**22-11610**   1:3
  4:4
**2280**   3:20
**22nd**   3:13
**24**   19:5
**25**   5:17
**25th**   1:7 4:4,7
  4:12
**269,000**   11:1
**2:26**   1:17

**3**

**3**   11:5
**300**   20:22
**30th**   10:3
**330**   20:21

**4**

**4**   15:20,21
**41**   6:14

**5**

**5**   15:20,23
**52**   9:6
**543**   2:2
**550,000**   9:23

**6**

**605**   3:5

**7**

**73**   6:13 7:6

**9**

**9**   2:5
**9th**   13:25

**a**

**able**   13:5 17:2

**abrams**   3:8
  4:10,11 15:24
**absent**   16:3,21
  16:23
**accelerated**   6:9
  6:15,23
**acceleration**
  12:12
**acceptable**
  16:19
**access**   17:25
**accounting**   9:7
**accurate**   20:4
**acquired**   7:19
**action**   7:13
  12:13,19
**actively**   4:16
**actually**   5:2
  7:14
**address**   15:13
**adjudicated**
  10:15
**admitted**   7:14
**affidavit**   10:5
**affiliates**   11:6
**afternoon**   4:2
  4:10 5:4
**ago**   7:18 12:25
  13:2
**agree**   13:6
**agreed**   11:22
  12:21
**ahead**   5:13
**alan**   3:8
**allow**   2:1 12:10
  12:22 17:1

**allowed**   15:1
**allows**   13:22
**alternative**   2:3
**amount**   5:17
  6:23 7:7 9:19
  13:6,14
**annexed**   8:11
**announced**
  10:4
**apologize**   5:2
  13:13
**apparently**
  10:7
**appear**   4:16
**appearances**
  4:5
**applied**   7:1
**apply**   6:24
**appointed**   4:21
  8:10 10:11
**appointment**
  8:20
**arrearages**
  6:20 9:25
**article**   12:5
**articulated**
  12:24
**asset**   12:18,19
  14:6
**assuming**   13:8
**attached**   7:2
  10:22 11:2
**attacks**   12:3
**attorney**   8:5,7
**attorneys**   3:4
  3:12,19

[august - court]                                                    Page 2

**august**  6:6,8,10
  6:17 7:1,15,21
**authority**
  13:11 14:21
**avenue**  3:5,20
  13:25

**b**

**b**  1:21
**back**  6:22,25
  11:11
**background**
  5:5
**bad**  13:25
**balance**  16:2
**baldwin**  3:21
**ballpark**  9:24
**bank**  5:17 6:5
  6:15 10:22
**bankruptcy**
  1:1,12,23 2:2
  5:7 12:15
**began**  5:24
**behalf**  4:7
**believe**  9:19
  10:22 11:4
  15:17
**belongs**  15:5,6
  15:8
**best**  9:17
**big**  9:19
**bills**  17:1
**bit**  5:5
**borrower**  7:2
  8:3,17
**bottom**  16:18
**bowling**  1:13

**breach**  10:10
**briefed**  7:5,17
  10:14
**bring**  11:17
  14:19
**brings**  5:4
**broadway**  3:13
**brought**  12:23
**business**  17:18
**bye**  18:14,16
  18:16

**c**

**c**  3:1 4:1 13:25
  20:1,1
**called**  6:20
**can't**  11:12
  13:13 17:11
**card**  9:6
**case**  1:3 4:4
  7:19 8:25 10:3
  10:12 11:15
  12:17,18,18,23
  14:2,15,16
**cases**  14:6
**cash**  2:3
**cause**  18:4
**central**  17:24
**cents**  15:1
**certain**  9:2,3
  10:1
**certified**  20:3
**cetera**  17:2
  18:9
**change**  6:3
  17:8,17
**charges**  6:9
  7:11

**checks**  6:16 7:3
  7:6
**chief**  10:11
**circuit**  13:24
**cited**  5:23
**city**  5:20 13:11
  13:11
**claim**  15:1
**clause**  6:4
  16:12
**clear**  10:9
**client**  5:15 6:10
  6:16,22 7:3
**code**  2:3 12:15
**collateral**  2:4
  11:14
**collect**  7:20,23
  7:25 9:4
**collected**  9:17
**collecting**  9:18
**commencem...**
  12:13
**commercial**
  5:16
**communicate**
  9:9
**company**  9:10
  10:11
**completely**
  11:7
**computer**
  17:25
**computers**
  17:6
**concerns**  16:25
**concluded**
  18:19

**consecutive**
  5:25
**consensual**
  15:10
**consent**  2:10
  11:21 15:16
  16:4,14
**contained**  8:22
**contempt**  8:20
  8:23 9:1
**context**  7:14
**continuation**
  2:10
**continued**  8:18
  9:9
**continuing**  9:4
**control**  8:16
  11:3
**controlled**
  10:24
**convicted**  5:21
  10:20,21
**copy**  10:23
**correct**  6:12
**couldn't**  13:6
  14:8
**counsel**  11:10
  11:11,22 16:1
  16:5
**counsel's**  16:2
**country**  20:21
**court**  1:1,12
  2:1 4:2,9,13,18
  4:21,22 5:2,10
  6:11 7:5,13 8:9
  8:12 10:13,18
  11:23 12:2,17

[court - express]                                                    Page 3

13:15,17,20,24
14:4,7,10,12
14:14,18 15:2
15:5,17,18,25
16:4,10,13,15
16:17,17,20,22
16:24 17:9,16
17:20 18:2,6
18:11,14,16
**creation** 10:8
**creditor** 12:21
13:10 14:20,25
**crimes** 5:21
**criminal** 5:21
10:21,21,23
**criminals**
10:25
**croman** 5:19
6:16,24 7:3
8:21 9:2,10
10:7,20 11:6
12:4,7
**cure** 6:17
12:16
**cured** 12:11
**current** 5:16

**d**

**d** 2:2 4:1 19:1
**date** 20:25
**dated** 8:11
**david** 10:11,21
**day** 9:13 12:4
**days** 6:14,14
7:6 18:1
**deal** 12:5 15:7
**debt** 6:24
12:25 13:1

**debtor** 1:9 2:10
3:4,12 4:15 5:6
5:18,24 6:7,15
7:12,14,22 8:1
8:8,13 9:7,15
9:20 10:3,4,6
10:10,13,16
11:3 12:23
15:16 16:1,2
**debtor's** 7:20
9:9 10:2 11:9
11:11
**december** 1:16
20:25
**declaration** 2:7
9:5,13
**default** 6:7,8
7:23 12:10,11
12:11
**defaulted** 5:25
8:13
**defaults** 5:25
6:5,6 7:15,24
**demanded**
8:16
**demanding** 8:3
**denied** 7:13
**deposits** 9:12
9:15
**description**
5:13
**didn't** 7:8 9:21
12:25 16:24
**difficult** 9:8
**difficulty** 8:17
9:4

**disbursed** 16:2
**dismiss** 7:12
14:15
**dispute** 13:15
**district** 1:2
4:17
**diverted** 11:5
**doc** 2:5,8,12,15
**docket** 10:23
**document** 8:14
13:5 15:20
17:17
**documents** 6:3
6:9 7:22 9:3,6
10:9 11:10
**doing** 9:16
**dollar** 9:14
13:14 15:1
**dollars** 7:8
13:12
**donovan** 3:16
4:14,14 5:4,11
5:14 11:23
12:1 13:18,21
14:2,5,8,11,13
14:25 15:3,9
16:8,11,19
17:4,5,10,13
17:14,20,22
18:3,8,12
**don't** 4:23 5:5
5:10 11:10,12
12:8 13:15,16
13:16 14:18,22
15:5,6,8 16:7,8
16:13 17:10

**drabs** 9:3
**drafted** 15:16
**drips** 9:2
**due** 6:1,14 7:7
9:21

**e**

**e** 1:7,21,21 3:1
3:1 4:1,1 19:1
20:1
**east** 4:4
**eastern** 4:17
**ecro** 1:25
**effect** 15:12
**either** 13:11
**emails** 18:1
**encountered**
8:17
**engaged** 4:16
10:17
**enter** 8:18
**entered** 17:18
**entertain**
14:14 18:4
**entities** 14:5
**escrow** 11:10
11:11
**escrows** 6:2
**essence** 6:4
**estate** 9:19
14:6
**et** 17:2 18:9
**event** 7:23
**events** 5:6
**excuse** 2:1 14:4
14:4,7,10
**express** 16:4

| f | | | |
|---|---|---|---|

**f**  1:21 20:1
**fact**  5:25 12:6
**fairly**  9:11
**faith**  13:25
**favorable**
  10:16
**feeding**  9:10
**fees**  6:8 7:10
**felt**  10:13
  11:15
**fighting**  12:7
**figure**  9:5
**file**  15:15
**filed**  8:6 10:3
  10:13 11:15
  12:5
**filing**  5:6 7:19
  8:24 9:1 10:2
**filings**  13:25
**finding**  8:14
**fine**  5:11 17:12
**finkel**  3:11
  4:15
**floor**  3:13
**following**
  12:13
**foreclosure**
  7:13 12:13,19
**foregoing**  20:3
**forth**  9:5
**forum**  10:17
  10:17
**forward**  10:1
**found**  8:13
**frankly**  13:16

**fraud**  5:22
  10:22
**friendly**  13:3
**full**  6:23 14:22
**fully**  7:4,17,17
  10:14
**funds**  15:25
  16:2
**further**  16:3,22
  16:23

| g | | | |
|---|---|---|---|

**g**  4:1
**garrity**  1:22
  4:3
**general**  8:5
**general's**  8:8
**give**  5:5
**giving**  16:8
**glean**  10:12
**go**  4:19 5:13
  11:20
**goes**  16:21
**going**  4:16 8:6
  12:23 13:9,10
  14:21,21,23,23
  15:13 18:7
**goldberg**  3:11
  4:15
**goldstein**  3:11
  4:15
**goldwasser**
  10:11,21
**good**  4:2,10
  9:11
**grand**  3:20
  5:22 17:24

**granted**  8:9
**grave**  8:17
**great**  9:4
**green**  1:13
**greenberg**  2:7
  3:18,23 4:18
  4:20,21,22
  8:10,19 9:3
  11:4 18:15
**guess**  13:3
  14:22
**guilty**  10:22
**guys**  15:22

| h | | | |
|---|---|---|---|

**h**  3:9
**half**  6:13 11:3
**happening**  6:5
**happy**  5:9 6:6
  17:7
**hard**  16:9
**hayley**  2:7 3:23
  4:20
**hear**  5:11
**heard**  11:24
**hearing**  18:9
**held**  15:25
**holder**  5:16
**holding**  9:15
  9:25 11:6
**hon**  1:22
**honor**  4:10,14
  4:25 5:9,14,15
  12:1,9 13:18
  13:21 14:2,9
  15:9,23 16:11
  16:16,19 17:5
  18:3,12,13

**hoped**  12:2
**hundred**  15:1
**hyde**  2:25 20:3
  20:8

| i | | | |
|---|---|---|---|

**idea**  9:11
**immediate**
  12:13
**include**  7:9
**including**  16:1
**indicated**  13:1
  13:4
**indiscernible**
  8:18
**information**
  9:6,11 10:8
  15:14
**injunction**
  8:22
**insert**  17:12
**installment**  6:8
  7:10
**installments**
  6:1
**insufficient**  7:7
**intend**  12:16
  13:23
**intended**  5:8
**interest**  6:2
  13:3,7,8
**interesting**
  10:4
**interests**  10:6
**interfere**  8:2
**interfering**
  8:21,22

**interrupting** 5:2

**involved** 8:5 10:25

**it's** 4:2 9:23 10:5 11:6 12:18 13:8,13 13:15 14:12 15:21 17:24

**i'll** 14:14,16

**i'm** 4:3 12:1 13:7,13 14:8 14:11 15:20,23 16:10,11,13 17:7 18:1

**i've** 15:21

**j**

**james** 1:22

**january** 9:22

**jlg** 1:3

**jonathan** 1:25

**jr** 1:22

**judge** 1:23 4:2

**judgment** 7:16 7:16 10:15 12:20

**judice** 7:18 8:23

**july** 6:7,14,17 7:1,15 9:22 11:11

**june** 7:17 8:19

**k**

**katsky** 4:7,11

**katzky** 3:3

**keep** 14:16 15:11

**keeping** 4:3

**kept** 9:10

**kind** 9:6

**kinds** 14:19

**knew** 12:11

**know** 11:12,15 13:15,20,20 14:22 15:6,22 16:25 18:8

**known** 5:20 12:6,7

**korins** 3:3 4:7 4:11

**l**

**l** 1:22

**landlord** 12:6

**language** 16:21

**larceny** 5:22

**late** 7:6,6,10

**leading** 5:6

**leases** 8:19

**leave** 16:25 19:5

**ledanski** 2:25 20:3,8

**legal** 20:20

**lender** 7:15,19 7:24,25 8:2,4,6 11:5 12:7

**lender's** 7:12

**letters** 8:1,2

**license** 7:20,23 7:25

**limitation** 16:1

**limited** 7:22 18:1

**line** 15:3 16:18 19:4

**literally** 10:25 14:20

**little** 5:5 9:18 17:24

**llc** 1:7 4:4,8,12 10:6

**llp** 3:3,11 4:7

**loan** 5:16,18 6:3,9,9,10,15 7:20,22 8:14 10:9 11:10

**loans** 6:23

**long** 7:23

**look** 14:14

**looking** 10:16 13:9 15:20

**lot** 9:17 12:3

**m**

**made** 6:19 7:12 7:15 15:7

**make** 5:12 8:20 11:18 15:14 17:8,16 18:7

**management** 9:9

**match** 11:13

**matter** 1:5 5:4

**merola** 3:18

**mid** 7:17

**middle** 17:22

**million** 5:17 11:5,9 13:12

**mind** 14:16

**mineola** 20:23

**minor** 12:10

**minutes** 17:7

**missing** 11:14

**moment** 10:14

**monday** 18:5

**money** 9:17 11:12,13

**monies** 6:24,25 9:2,7 10:1 11:14

**month** 6:3,13 8:20 9:18

**monthly** 6:1 7:10 11:1

**months** 5:25 6:21 7:18 8:6 9:24

**mortgage** 5:16 14:24

**motion** 2:1,3 2:14 7:12,13 7:14,16,16 8:7 8:8,10,20,23 9:1 10:15 11:17,19,21 14:14 15:7 18:7

**motions** 12:20

**move** 10:1 14:18 17:25

**moving** 8:11 17:6,21,23

**multifamily** 4:7,12

[n - provides]                                                                                                    Page 6

| **n** | **o** | 17:2 | **place**  11:4 |
| --- | --- | --- | --- |
| **n**  3:1 4:1 19:1 | **o**  1:21 4:1 20:1 | **papers**  5:23 | 12:22 15:11 |
| 20:1 | **odd**  11:8 | 8:12 10:20 | 17:1 19:5 |
| **name**  4:10 | **offered**  6:23 | 13:1 | **placed**  11:9 |
| **named**  5:19 | **office**  8:8 | **parachute** | **plan**  13:10,22 |
| **nash**  4:16 | **officer**  10:12 | 10:18 | 14:21,24 |
| **nash's**  13:5 | **offices**  17:6 | **paragraph** | **please**  4:5 5:13 |
| **necessity**  12:3 | **okay**  4:20 5:10 | 15:20,23 | **pled**  10:22 |
| **need**  4:18 | 14:14 17:16 | **part**  7:9 | **pm**  1:17 |
| 11:16 12:8 | 18:9 | **parties'**  10:15 | **point**  10:5 |
| 15:14 16:8 | **old**  20:21 | **partner**  4:12 | **pointed**  6:22 |
| **new**  1:2,14 3:6 | **open**  14:16 | **partnership** | **posted**  9:14 |
| 3:14 5:20 8:19 | **operating** | 13:25 | **precisely**  15:3 |
| 13:11 | 12:23 14:5 | **party**  12:17,18 | **predatory**  12:7 |
| **newman**  3:9 | 15:15 | 12:18 13:15 | **prepared**  15:7 |
| 4:6,6,9,23,25 | **opposed**  8:8 | 14:16 | 15:16 |
| 5:7,9,13,15 | **order**  8:11,12 | **pay**  6:20 9:18 | **presented**  9:7 |
| 6:12 12:8 | 8:14,23 11:17 | 9:21 14:22,22 | **principal**  6:1 |
| 15:23 16:16 | 11:21 15:10,16 | 14:25 | **printed**  15:21 |
| 17:3,7,12,15 | 16:3,17,22,23 | **paying**  6:1 | **prison**  5:21 |
| 17:19 18:6,10 | 16:25 17:4 | **payment**  5:24 | **probably** |
| 18:13 | **ordered**  16:15 | 6:4,14,18,19 | 10:16 |
| **newman's**  4:12 | **orders**  18:4 | 7:7,15,24 | **problem**  14:15 |
| 5:13 | **original**  5:17 | **payments**  6:8 | 16:7,14,16 |
| **nice**  18:13 | **originated** | 7:1,9 8:13 | **proceedings** |
| **notable**  10:19 | 5:17 | 12:14 | 18:18 20:4 |
| **notably**  8:12 | **owed**  6:23 7:9 | **pending**  12:20 | **prohibit**  2:3 |
| **note**  12:4,12 | 13:12,12 | **perfectly**  17:7 | **property**  8:16 |
| **noted**  11:8 | **owned**  5:19 | **period**  13:2 | 10:24 11:3 |
| **noting**  7:4 | 9:10 | 16:24 | **protect**  11:16 |
| **november**  10:3 | | **persisted**  9:8 | **protected** |
| **number**  4:4 | **p** | **person**  5:19 | 11:19 |
| **ny**  1:14 3:6,14 | **p**  3:1,1 4:1 | **petition**  10:5 | **provide**  11:10 |
| 3:21 20:23 | **page**  15:19,21 | 11:2,8 12:5 | 15:12 |
| | 19:4 | **phone**  4:19 | **provided**  12:15 |
| | **paid**  8:3 9:16 | **pickup**  9:6 | **provides**  13:18 |
| | 9:20,25 13:7 | | 13:20 |

**provision** 15:11
**provisions** 2:2 15:19
**purported** 6:17,20
**purpose** 11:19
**purposes** 15:15
**pursuant** 8:10
**put** 10:19 13:22 16:6

**q**

**question** 15:19
**questions** 16:24
**quickly** 13:23

**r**

**r** 1:21 3:1 4:1 20:1
**raising** 12:3
**rates** 13:3,8
**rather** 12:10
**reach** 18:7
**readily** 12:15
**ready** 18:1
**real** 9:19 12:5 14:6
**really** 12:2,8
**reason** 12:24
**receiver** 2:1,10 4:21 8:7,9,9,10 8:12,15,23 12:22 15:11,12 17:1 19:5
**reciever** 3:19

**record** 20:4
**refinance** 13:4 13:6
**refused** 12:14
**reinstate** 12:25 13:1 14:24
**reinstatement** 12:16
**remain** 12:22
**remained** 7:18
**remains** 8:23
**remedies** 14:19
**remember** 13:13
**rent** 8:3,18 9:4 9:16 10:25 11:1,1,5
**rents** 7:21,24 8:1,17 11:16 11:18
**repeatedly** 6:25
**reply** 2:14
**reports** 15:13 15:15
**represented** 12:8
**representing** 4:12
**request** 8:7
**required** 7:10 8:19 15:12
**reservation** 2:11
**resolve** 10:17
**respect** 11:24

**respective** 9:14 9:16
**respond** 12:2
**restructuring** 10:12
**result** 7:2
**retained** 11:11
**returned** 7:3
**revised** 17:4
**right** 4:2,18,23 11:25 14:12 15:2 16:20 17:9,16,22 18:2,11
**rights** 2:11 10:15,17
**road** 20:21
**robert** 3:8 4:11
**roll** 11:2
**roughly** 6:2 9:23 11:9
**round** 8:6,6
**rule** 10:4,14
**ruled** 8:24
**rulings** 19:3
**run** 17:4
**running** 8:15

**s**

**s** 3:1 4:1 17:12
**sale** 12:12
**salivating** 12:6
**satisfied** 5:12
**saying** 13:9 16:13
**schedule** 18:9
**scream** 18:1

**screen** 4:19
**second** 13:24 16:4
**section** 13:18
**secured** 12:21 13:10 14:20
**security** 9:11
**see** 18:13
**sent** 6:16 8:1
**sentencing** 10:23
**september** 6:13,18,18,19 7:1 9:20
**series** 5:24 6:16
**served** 5:21
**set** 9:5
**several** 8:6
**she's** 9:25,25
**shopping** 10:17
**shortening** 11:18
**show** 18:4
**shown** 13:12
**signature** 17:13 20:7
**simple** 12:9 17:24
**simultaneously** 10:10
**single** 12:18,19 14:5
**sir** 14:25 15:24
**site** 2:2

| | | | |
|---|---|---|---|
| **six** 7:18 9:24 | **substantial** | **terrific** 17:19 | **together** 5:4 |
| **slash** 17:13 | 9:19,24 10:25 | **thank** 4:9,13 | 13:22 |
| **slumlord** 5:20 | 11:16 | 4:20,22,25 | **top** 15:21 |
| **sold** 6:10 | **suggest** 16:21 | 5:14 17:15,19 | **town** 17:23 |
| **solutions** 20:20 | **suite** 3:20 | 17:20 18:11,12 | **transcribed** |
| **sonya** 2:25 | 20:22 | 18:15,16 | 2:25 |
| 20:3,8 | **sum** 9:24 | **thanks** 18:14 | **transcript** 20:4 |
| **sorry** 4:3 12:1 | **summary** 7:16 | **that's** 6:11,12 | **transfer** 10:9 |
| 13:13 14:8,11 | 7:16 10:14 | 8:14 9:22 | **transferred** |
| 16:10,11 | 12:20 | 10:19 11:13,17 | 10:7 16:3 |
| **southern** 1:2 | **sure** 4:6,25 | 12:16 13:10,12 | **tried** 7:25 8:2 |
| **square** 17:23 | 5:12,15 11:18 | 13:14 14:17,24 | **true** 20:4 |
| **st** 1:7 | 15:14 18:16 | 15:19 16:19 | **trust** 10:7,8 |
| **started** 4:24 | **t** | 17:12 | 17:7 |
| 5:3 8:15 9:2 | | **therefor** 13:21 | **try** 6:17,20 |
| **state** 2:1 7:5 | **t** 20:1,1 | **there's** 9:24 | 10:18 13:22 |
| 8:9,12 10:13 | **take** 12:14 | 11:1,4 | **trying** 9:5 |
| 13:11 14:18 | 16:12 | **thing** 10:19 | **turn** 17:6 |
| **states** 1:1,12 | **talk** 11:20,21 | 12:9 | **turned** 9:12 |
| **statute** 13:22 | **talked** 13:25 | **think** 4:19 13:4 | **turning** 9:2 |
| 15:4 | **talking** 14:3,9 | 13:16,16 15:5 | **turnover** 8:16 |
| **stepping** 4:17 | **tax** 6:2 7:9 | 15:6,8 16:6,17 | **two** 12:17,18 |
| **steve** 4:11 12:6 | 9:25 13:11 | 16:20 | 12:18 13:14 |
| **steven** 3:9 4:6 | **taxes** 9:19,20 | **third** 3:5 | 14:16 16:12 |
| 5:19 | 9:21,23 14:22 | **thought** 13:3 | 17:25 |
| **stipulation** | **taxing** 14:21 | 14:13 | **types** 5:22 |
| 12:21 | **tc** 13:25 | **thousands** 7:8 | **u** |
| **stopped** 14:13 | **ted** 3:16 4:14 | **three** 5:25 6:21 | |
| **street** 4:4,7,12 | **telephonically** | 7:6 | **u.s.** 1:23 |
| 17:24 | 3:8,9,16,23 | **tie** 17:10 | **u.s.c.** 2:2 |
| **strike** 16:22 | **tell** 14:8 | **time** 5:18,21 | **ultimately** 8:9 |
| **strings** 7:2 | **tenant** 9:14,16 | 6:3,7 7:18 8:24 | 13:5 |
| **sub** 7:18 8:23 | **tenants** 8:1,3 | 11:18 13:2 | **unable** 9:13 |
| **subject** 12:19 | 8:18 | 16:9 | **unaccounted** |
| **submitted** 7:17 | **tendered** 7:6 | **times** 17:23 | 11:7 |
| 15:17 | **tens** 7:8 | **today** 15:10,15 | **unclear** 10:6 |
| | **terminated** | | **under** 6:9 8:13 |
| | 7:20,25 | | 9:18 12:15 |

[united - zero]                                                                    Page 9

| | |
|---|---|
| **united**  1:1,12 5:18 6:5,15 | **x** |
| **unmute**  4:19 | **x**  1:4,10 19:1 |
| **urgent**  11:16 | **y** |
| **use**  2:3 6:17 | **yeah**  13:24 15:2,18,25 16:8 |
| **v** | **year**  9:21 11:3 12:25 13:1 |
| **veritext**  20:20 | **year's**  9:22 |
| **view**  11:13 | **york**  1:2,14 3:6 3:14 5:20 13:11 |
| **violating**  8:21 | |
| **violation**  10:9 | |
| **w** | **you'd**  14:13 17:3 |
| **waiting**  4:3 | **you'll**  17:16,17 18:7,8,8 |
| **want**  11:20,24 12:24,25 14:17 14:17 16:12 17:10 | **you're**  5:12 12:22 13:9 14:23 |
| **wasn't**  6:19 11:11 | **you've**  12:20 12:24 17:4 |
| **way**  16:3 | **z** |
| **wealthy**  5:19 | **zero**  9:13 |
| **weprin**  3:11 4:15 | |
| **we'll**  17:17,18 17:25 | |
| **we're**  13:9,10 14:21,23 17:22 17:23 | |
| **we've**  11:21 | |
| **what's**  10:4 | |
| **work**  18:8 | |
| **works**  5:14 | |
| **worth**  7:4 9:23 | |
| **written**  16:4,14 | |
| **wrote**  6:22,25 8:2 | |